# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RACHEL BEERS,**

    **Plaintiff,**    :

v.

                                   **Case No. 2:24-cv-479**
                                   **Judge Sarah D. Morrison**
                                   **Magistrate Judge Kimberly A.**

**WILLIAMSON MORGAN &**                **Jolson**
**ASSOCIATES, LLC,** *et al.***,**        :

    **Defendants.**

## ORDER

On February 8, 2024, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Rachel Beers's Motion for Leave to Proceed *in Forma Pauperis* be denied. (ECF No. 3.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Ms. Beers's Motion (ECF No. 2) is **DENIED**. Ms. Beers is **ORDERED** to pay the filing fee **within seven days** in order to proceed in this action.

    **IT IS SO ORDERED.**

                                     /s/ Sarah D. Morrison
                                     **SARAH D. MORRISON**
                                     **UNITED STATES DISTRICT JUDGE**